```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------

YELITZA PICON,

            Plaintiff,

- against -

HOME DEPOT PRODUCT AUTHORITY, LLC,

           Defendant.

-----------------------------------

24-cv-6936 (JGK)

<u>ORDER</u>

**JOHN G. KOELTL**, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **November 15, 2024**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:    New York, New York
             September 16, 2024

                                                  _____
                                                      John G. Koeltl
                                          United States District Judge